# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:12-cv-00354-MR
## (CRIMINAL CASE NO. 1:00-cr-00057-MR-1)

| | | |
|---|---|---|
| ANGELA JORDAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, filed under 28 U.S.C. § 2255 or, in the Alternative, under 28 U.S.C. § 2241, or through a Writ of Error Coram Nobis, or a Writ of Audita Querela [Doc. 3].

On December 18, 2014, the Petitioner filed a motion to reduce her sentence in her criminal case pursuant to 18 U.S.C. § 3582 and Guidelines Amendments 780/782. [Criminal Case No. 1:00-cr-00057-MR-1 ("CR"), Doc. 144]. The Government filed a response in support of Petitioner's motion. [CR Doc. 149]. On January 9, 2015, the Court granted the Petitioner's § 3582 motion and reduced her sentence to time served. [CR Doc. 150]. The Petitioner has been released from confinement and has begun her three-

year term of supervised release imposed as a part of her original sentence. [See CR Doc. 60 at 3].

By the present motion, the Petitioner seeks resentencing without the application of the mandatory minimum resulting from the filing of a 21 U.S.C. § 851 Information in her criminal case. [See CR Doc. 3]. As her basis for seeking such relief, the Petitioner contends that her underlying North Carolina drug trafficking conviction is not a predicate "felony drug offense," as defined by 21 U.S.C. § 802(44), citing United States v. Simmons, 649 F.3d 237 (4th Cir. 2011) (en banc). [Doc. 3 at 4-15]. The Government has filed a response supporting the Petitioner's contention. [Doc. 15]. The Petitioner, however, already has been released from her term of imprisonment, and any reduction to which she might have been entitled without the § 851 enhancement would have no effect on the length of her term of supervised release. Accordingly, the Petitioner's motion is moot and shall be denied as moot.

**IT IS, THEREFORE, ORDERED** that the Petitioner's Motion [Doc. 3] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: May 14, 2015

Martin Reidinger
United States District Judge